IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,                     No. CIV S-04-2391 WBS KJM PS

    vs.

EUGENE KOZIOL,

        Defendant.              <u>ORDER</u>

_____/

        This action was referred to the undersigned pursuant to Local Rule 72-302(c)(21). On April 15, 2005, defendant filed a motion for summary judgment. Although defendant filed a request to dismiss the case and a letter regarding a status conference, he has not filed any substantive opposition to the motion for summary judgment.

        Plaintiff is advised that Local Rule 78-230(c) provides that opposition to the granting of a motion must be filed fourteen days preceding the noticed hearing date. The Rule further provides that "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if written opposition to the motion has not been timely filed by that party." In addition, Local Rule 78-230(j) provides that failure to appear may be deemed withdrawal of opposition to the motion or may result in sanctions. Finally, Local Rule 11-110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions

1

authorized by statute or Rule or within the inherent power of the Court."

It appears that the request to dismiss case and the letter filed April 22, 2005 were not served on plaintiff. Defendant is advised that every document submitted to the court for consideration must be served on plaintiff. Fed. R. Civ. P. 5. Documents not to be served electronically are usually served by placing a copy in the U.S. mail. If an attorney has filed a document with the court on behalf of plaintiff, then documents submitted by defendant must be served on that attorney and not on the plaintiff. Every document submitted in hard copy format to the court (e.g., by a defendant proceeding pro se) must include a certificate stating the date an accurate copy of the document was mailed to plaintiff or its attorney and the address to which it was mailed. See Local Rule 5-135(b) and (c).

Good cause appearing, IT IS HEREBY ORDERED that:

1. The hearing date of May 18, 2005 is vacated. Hearing on plaintiff's motion for summary judgment is continued to June 1 at 10:00 a.m. in courtroom no. 26.

2. Defendant shall file opposition, if any, to the motion for summary judgment, no later than May 18, 2005. Failure to file opposition and appear at the hearing will be deemed as a statement of non-opposition and shall result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

DATED: May 10, 2005.

_____
UNITED STATES MAGISTRATE JUDGE