1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,

11              Plaintiff,                    No. CIV S-04-2391 WBS KJM PS

12        vs.

13   EUGENE KOZIOL,

14              Defendant.                    ORDER

15   _____/

16              Plaintiff's motion for summary judgment came on regularly for hearing before the

17   undersigned on June 1, 2005.  G. Patrick Jennings appeared for plaintiff.  Defendant appeared in

18   propria persona.  Upon review of the documents in support and opposition, upon hearing the

19   arguments of counsel and defendant, and good cause appearing therefor, IT IS HEREBY

20   ORDERED that:

21              1.  Within fourteen days, plaintiff shall submit proposed findings and

22   recommendations and a proposed order regarding injunctive relief.

23   /////

24   /////

25   /////

26   /////

1

2.  The matter shall thereafter stand submitted.

DATED: June 1, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

006
usa-koziol.oah

2