IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,                    No. CIV S-04-2391 WBS KJM PS

    v.

EUGENE JOSEPH KOZIOL,

    Defendant.                  <u>ORDER</u>

_____/

        Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On June 17, 2005, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within ten days. Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 17, 2005, are adopted in full.

2. Plaintiff's motion for summary judgment filed April 15, 2005, is granted and judgment for plaintiff is entered on all claims.

3. Any UCC Financing Statement filed by defendant that purports to create a lien or any other non-consensual or non-statutory encumbrance against the person or property of any IRS employee or any other person who authorized or performed any act in connection with the investigation, assessment, collection, or adjudication of defendant's tax liabilities or tax disputes are declared null and void <u>ab initio</u> and declared to have no force and effect.  Specific filings that meet this criteria may be nullified by order of this Court obtained on an ex parte application.

4. An order to the effect set forth herein shall be filed and recorded by the United States with the California Secretary of State, any county clerk's office, assessor's office, or other public registry where such liens have been or will be filed by defendant.

5. Regardless of nomenclature, caption, title, or terms used to describe the document, plaintiff Eugene J. Koziol is hereby permanently enjoined from filing, or attempting to file, any document or instrument that purports to create a lien or any other non-consensual or non-statutory encumbrance against the person or property of any IRS employee or any other person who authorized or performed any act in connection with the investigation, assessment, collection, or adjudication of defendant's tax liabilities or tax disputes.

6. This permanent injunction does not prevent defendant from applying to any state or federal court of competent jurisdiction in order to obtain relief on any non-frivolous legal claim, and shall not apply to or prohibit liens lawfully created by any judgment of a court of competent jurisdiction.

7. Defendant is notified that a failure to comply with this injunction may subject him to sanctions for contempt of court.

/////

8. The UCC Financing Statements filed against Robert N. May, Daniel J. Mulhall, Donald H. Sutherland and Kathleen M. Pippig are hereby declared to be null, void and of no legal effect.

9. Defendant's January 4, 2005 motion to dismiss (docket no. 9); March 28, 2005 request for evidentiary hearing (docket no. 19); and April 22, 2005 motion to dismiss (docket no. 25) are denied.

DATED: July 22. 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

kozi2391.804