IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil No. CIV-S-04-2391 WBS |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| EUGENE JOSEPH KOZIOL | ) | |
| Defendant. | ) | |

The United States filed a motion to amend an Order (Doc. No. 49) expunging particular false UCC liens filed by the defendant, and including additional false liens filed later by the same defendant. Government counsel reports that the defendant died while incarcerated for tax crimes. For good cause shown,

**IT IS ORDERED THAT**

1. The United States' motion to amend order (Doc. No. 50) is granted.

2. The following UCC Financing Statements:

| Filing Number | Type | Filed Against | Date Filed |
|---|---|---|---|
| 0220761161 | UCC-1 | Daniel J. Mulhall | 07/25/2002 |
| 0220761151 | UCC-1 | Robert N. May | 07/25/2002 |
| 0220761155 | UCC-1 | Donald H. Sutherland | 07/25/2002 |
| 0220761144 | UCC-1 | Kathleen M. Pippig | 07/25/2002 |
| 05-7024110121 | UCC-1 | Guy Patrick Jennings | 04/22/2005 |
| 05-7028633367 | UCC-1 | Mark Everson | 05/30/2005 |

are null, void, of no legal effect, and shall be expunged by the California Secretary of State so that the personal identity and information on the filings cannot be retrieved

1  electronically.

2  3.  Defendant Eugene J. Koziol, his agents, employees, and any other affiliated persons,
3      are permanently enjoined from filing or attempting to file any document or instrument
4      which purports to create any non-consensual lien or encumbrance against the person or
5      property of any officer or employee of the United States, unless this Court permits the
6      filing.

**IT IS SO ORDERED.**

Date:  January 24, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Submitted by:

/s/ G. Patrick Jennings
G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice